JS-6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LESLIE PAYNE,

    Plaintiff,

v.

NCCF MEDICAL DORM, et al.,

    Defendants.

Case No. CV 11-2924-PA (MLG)

JUDGMENT

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: May 30, 2011

Percy Anderson
United States District Judge